IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jim Bleyenberg,                              :

               Plaintiff               :        Civil Action 2:12-cv-00777

    v.                                       :

D&N Masonry, Inc., *et al.*,                 :        Magistrate Judge Abel

              Defendants              :

**ORDER**

    Plaintiff's November 27, 2012 motion for default judgment against Cathy DeBello (doc. 27) is DENIED. Counsel for Cathy DeBello indicated that he inadvertently left her name off his amended answer, which he filed October 17, 2012. Defendants' November 28, 2012 motion to amend their answer instanter (doc. 29) is GRANTED.

    Defendants' October 25, 2012 motion to continue the subpoena (doc. 21) is MOOT.

    At plaintiff's request during the preliminary pretrial conference, I will stay a ruling on plaintiff's October 2, 2012 motion for prejudgment attachment. Plaintiff intends to file an amended motion for prejudgment attachment.

                         s/Mark R. Abel
                         United States Magistrate Judge