IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jim Bleyenberg,                                    :

            Plaintiff            :        Civil Action 2:12-cv-00777

  v.                                               :        Judge Smith

D&N Masonry, Inc., *et al.*,                        :        Magistrate Judge Abel

          Defendants            :


ORDER

A telephone discovery dispute conference was held May 21 during which defendants' May 20, 2013 motion to quash deposition subpoena (doc. 66)was GRANTED, in part, and DENIED, in part, as follows.

Plaintiff is willing to forgo the deposition if defendants are not going to offer any testimony at the May 21 hearing on defendants' objections to my May 3, 2013 Report and Recommendation (doc. 56). Defendants' counsel expects either Don or Nick DeBello to be present at the hearing. It is ORDERED that plaintiff's counsel may take the deposition of all potential witnesses defendants might chose to call during the hearing. Those depositions will begin promptly at 11:30 a.m. in the courtroom assigned for the hearing. When the deposition(s) is/are complete, the hearing on the objections will begin.

                      s/Mark R. Abel
                      United States Magistrate Judge