IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jim Bleyenberg, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00777 |
| v. | : | |
| D&N Masonry, Inc., *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

**ORDER**

Defendant/cross-claimant Venture One Construction, Inc.'s May 1, 2013 unopposed motion to dismiss its cross-claim against defendants D&N Masonry, Inc., Don DeBello, Nick DeBello and Cathy DeBello without prejudice (doc. 55) is GRANTED.

s/Mark R. Abel
United States Magistrate Judge