IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jim Bleyenberg, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00777 |
| v. | : | |
| D&N Masonry, Inc., *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

**ORDER**

The Clerk of Court is DIRECTED to remove document 56 from the pending motions list.

s/Mark R. Abel<br>
United States Magistrate Judge