# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **JIM BLEYENBERG,** | * | Case No. 2:12-cv-777 |
| *Plaintiff,* | * | Magistrate Judge Abel |
| v. | * | |
| **D&N MASONRY, INC., ET AL.,** | * | **ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| *Defendants,* | * | **AGAINST DEFENDANT PRIME MASONRY CONSTRUCTION, INC.** |
| | * | |

Plaintiff has moved for default judgment against Defendant Prime Masonry Construction, Inc. ("Prime") (Doc. 131.) The Clerk of Courts previously entered Prime in default. (Doc. 130.) To date, Prime has not made any appearance in this action personally or through an authorized representative. It is clear to the Court that Prime is D&N Masonry, Inc.'s successor. *E.g., Wilson v. D&N Masonry, Inc.*, No. 1:12-cv-922 (S.D. Ohio Oct. 9, 2014) (Black, J.). This Court previously entered judgments against Don DeBello, Cathy DeBello, Nick DeBello, and D&N Masonry, Inc. in the grand total amount of $64,405.31. (Docs. 90, 91, 111.) Plaintiff has received $23,475.52 from collections efforts to date. (Doc. 131-1.) Plaintiff's motion for default judgment (doc. 131) is GRANTED and Plaintiff is entitled to judgment in the amount of $40,929.79 against Prime Masonry Construction, Inc., jointly and severally, with Don DeBello, Nick DeBello, Cathy DeBello, and D&N Masonry, Inc.  The Clerk of Courts shall enter judgment accordingly.

IT IS SO ORDERED.

s/Mark R. Abel
MARK R. ABEL
UNITED STATES MAGISTRATE JUDGE