.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**Jim Bleyenberg,**

    **Plaintiff,**

                                            **Case No.   2:12-cv-777**

    vs.

**D&N Masonry, Inc., et al.,**

                                              **Magistrate Judge Abel**

    **Defendants.**

[]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**  This action was decided by the Court without a trial or hearing.

    **PURSUANT TO: The Order [132]** `Plaintiff is entitled to judgment in the amount of $40,929.79 against Prime Masonry Construction, Inc., jointly and severally, with Don DeBello, Nick DeBello, Cathy DeBello, and D&N Masonry, Inc.`

Date:   February 23, 2015

                                                          **Richard W. Nagel, Clerk of Court**

                                                By:  ___/s/Susan Rasoletti_____
                                                        Susan Rasoletti, Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jim Bleyenberg,

    vs                                         Case Number: 2:12-CV-777

D&N Masonry, Inc., et al.,

**NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO
LOCAL RULE 79.2**

    The above captioned matter has been terminated on:   02/23/2015.

    If applicable to this case, the disposal date for exhibits and depositions will be six (6) months from the above termination date.

**Rule 79.2** *DISPOSITION OF EXHIBITS, DEPOSITIONS, AND OTHER MATERIALS*:

Unless otherwise ordered by the Court, counsel shall retrieve exhibits or other materials filed in an action or offered into evidence within six months after final termination of the action. The Clerk shall dispose of all such material at the expiration of the retrieval period.

                                              RICHARD W. NAGEL, CLERK

                                              By:   /s/Susan Rasoletti
                                                      Susan Rasoletti, Deputy Clerk